UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
) CASE NO. MJ 17-222
Plaintiff, )
)
v. )
) DETENTION ORDER
SUNG HONG, )
)
Defendant. )
)

Offense charged: Wire Fraud

Date of Detention Hearing: June 6, 2017.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant was charged in 2007 with Wire Fraud under circumstances substantially similar to those alleged by Complaint in the instant case, in which ultimately

DETENTION ORDER
PAGE -1

millions of dollars in losses to victims are expected to be established. Defendant was sentenced in 2008 to 33 months of imprisonment and 3 years of supervised release, $925,834 restitution. The government alleges that defendant continued fraudulent activity while incarcerated and that the alleged offense conduct in the instant case began while defendant was on supervised release for the 2007 case. His wife (a co-defendant) has significant ties to South Korea, and the alleged offense involves large transfers of funds between South Korea and the United States. Defendant is not found to have any assets in his own name, while all financial accounts appear to be in the defendant's wife and mother's name. While all personal assets have been frozen that have been identified by the government, it is not certain that other assets are yet to be discovered.

2. Defendant poses a risk of nonappearance based on unverified income sources, potential access to unidentified or unexplained financial resources, unemployed or unverified/legitimate employment, and ties to Korea. Defendant poses a risk of danger based on the nature of the offense and criminal history, and allegations of threats made to an alleged victim.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 6th day of June, 2017.

Mary Alice Theiler
United States Magistrate Judge